UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x
HUDSON PRIVATE LP and HUDSON PRIVATE CORP.,

                Plaintiffs,

                v.

BRON STUDIOS USA, INC., BRON CREATIVE USA, CORP., CREATIVE WEALTH MEDIA FINANCE CORP., and JASON CLOTH,

                Defendants.
------------------------------------- x

Case No. 7:21-cv-08259-CS

**DECLARATION OF JASON CLOTH**

I, Jason Cloth, pursuant to 28 U.S.C. § 1746, declare as follows:

1. I am a defendant in this lawsuit, a director of defendant Bron Creative USA, Corp. ("Bron Creative USA") and a managing partner of defendant Creative Wealth Media Finance Corp. ("Creative Wealth"). The information in this declaration is based upon my personal knowledge and/or the books and records of Bron Creative USA and Creative Wealth.

2. I live in Toronto, Canada.

3. Bron Creative USA is a Nevada corporation, and Creative Wealth is an Ontario, Canada corporation.

4. Attached hereto as Exhibit A is a true and correct copy of a document titled, The Motion Picture "Greyhound" Financing Term Sheet, dated as of April 1, 2018, and which is referred to in paragraph 43 of Plaintiffs' Amended Complaint in this lawsuit as the "Greyhound Term Sheet."

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on September 30, 2022

JASON CLOTH