# EXHIBIT A

# THE MOTION PICTURE "GREYHOUND"
# FINANCING TERM SHEET

This term sheet (the "Term Sheet") dated as of April 1, 2018 sets to writing the agreement by and among Bron Creative USA, Corp., a Nevada corporation ("Bron Creative"), Bron Studios USA, Inc., a Nevada corporation ("Bron Studios"), Hudson Private LP, a New York Limited Partnership ("Hudson Private"), Creative Wealth Media Finance Corp., and Ontario, Canada corporation ("CW") and Jason Cloth ("Cloth"), an individual, with regard to the subject matter herein below. The parties may hereinafter be referred to individually as a "Party" or collectively as "Parties."

**RECITALS**

WHEREAS Bron Creative entered into a Co-Financing and Distribution Term Sheet agreement, dated as of July 13, 2017 (the "SPWA Term Sheet") with Sony Pictures Worldwide Acquisitions Inc. ("SPWA"), and attached hereto as Schedule A, wherein SPWA and Bron Creative agreed to co-finance and distribute that certain third-party produced live-action motion picture currently entitled "Greyhound" (the "Picture");

AND WHEREAS CW, Bron Creative, and SPWA entered into an Irrevocable Payment Instructions agreement (the "SPWA Payment Instructions") dated August 9, 2017 and attached hereto as Schedule B, in connection with the SPWA Term Sheet, wherein CW agreed to disburse certain funds on a certain schedule to SPWA in order to satisfy Bron Creative's financing obligations pursuant to the SPWA Term Sheet (the "Bron Financing").

NOW THEREFORE, this Term Sheet is made by and between the Parties in consideration of the mutual undertakings, agreements and acknowledgements contained in this Term Sheet and for other good and valuable consideration the sufficiency and receipt of which each Party hereto acknowledges.

| Funding | The funding of the Bron Financing in this Term Sheet of $3,000,000.00 USD from Hudson Private, shall be advanced by CW directly to SPWA on receipt from Hudson Private. CW further agrees that, in addition to the payments made in satisfaction of the Bron Financing, CW shall disburse an amount equal to ten percent (10%) of the Bron Financing (the "Facilitation Fees") in the manner described hereafter. |
|---|---|
| | Schedule of Payments |
| | The timing of the Bron Financing payments made by CW shall be in satisfaction of Paragraph 3 of the SPWA Payment Instructions. The Facilitation Fees associated with the amounts described in Paragraphs 3(i) to 3(iv) of the SPWA Payment Instructions shall be paid upon the initial disbursement under Paragraph 3(i). The balance of the Facilitation Fee shall be paid at the time of the final disbursement, as described in |

|  | Paragraph 3(v) of the SPWA Payment Instructions. |
|---|---|
|  | Breakdown of Facilitation Fees: |
|  | The Facilitation Fees shall be paid to the following participants as follows: |
|  | - 20% to Bron Studios, in payment for its investment administration services, which shall include, but is not limited to, business affairs, legal and finance;<br>- 16% to Cloth as an executive producing fee;<br>- 32% to Bron Studios; and<br>- 32% to Hudson Private LP |
| Hudson Private Fixed Return and Maturity | In consideration of the Hudson Private $3,000,000.00 financing, Hudson Private is purchasing the right to receive $3,360,000.00 USD from revenues of the Picture for the fixed cost of $3,000,000.00 USD, under this Term Sheet. Maturity date will be seven (8) months from the date of this term sheet. |
| Contingent Compensation | Following repayment in full to CW of the CW Financing, any further proceeds received by Bron Creative under the SPWA Term Sheet shall be distributed as follows:<br><br>- 25% to Bron Creative;<br>- 25% to Hudson Private LP<br>- 20% to Bron Studios for past and ongoing administration services;<br>- 15% to Bron Studios; and<br>- 15% to Jason Cloth. |
| Disposition of Gross Receipts | Disposition of Gross Receipts of the Picture shall be made pursuant to Exhibit "B" of the SPWA Term Sheet. |
| Representations and Warrants | The Parties represent and warrant that: (a) each has the full right, power and authority to enter into and perform this Term Sheet; and (b) no Party has assigned, hypothecated, encumbered or otherwise transferred (or entered into an agreement to do any of the foregoing) any rights contemplated hereunder to any other party or person. CW further represents, warrants and agrees that it has the ability to fully perform all of its financial obligations hereunder, and that it shall do so in strict conformity with all applicable securities laws, regulations and treaties. |
| Governing Law and Dispute Resolution: | This Term Sheet shall be governed by and interpreted in accordance with the laws of the Province of Ontario and the federal laws of Canada applicable therein and the Parties hereto hereby irrevocably attorn to the jurisdiction of the courts of the City of Toronto. In the event of a dispute |

| | |
|---|---|
| | arising hereunder, the prevailing party shall be entitled to recover its reasonable outside attorneys' fees and costs. |
| Miscellaneous: | It is expressly agreed that this Term Sheet is an agreement between separate entities.  The Parties each acknowledge that they are independent contractors and that solely by entering into this Term Sheet no partnership, joint venture, agency or employment relationship has or will be created by this Term Sheet.  No Party hereto shall have the right or authority to create or assume any obligations in any other Party's name or on any other Party's behalf, whether express or implied, or act or purport to act as any other Party's agent or legally empowered representative for any purpose whatsoever, without the other Party's prior written consent in each instance.  No Party shall be liable to any third party in any way for any engagement, obligation, commitment, contract, representation, transaction, act or omission to act of the other Party(ies).<br><br>This Term Sheet contains the entire understanding of the Parties relating to its subject matter and supersedes and replaces all prior agreements and understandings, written or oral.  No change or modification of this Term Sheet will be binding upon any Party unless it is made by a written instrument signed by all Parties.  A waiver by any Party of any provision of this Term Sheet in any instance shall not be deemed to waive such provision for the future.  This Term Sheet may be executed electronically and in counterparts, all of which together shall constitute a single Term Sheet.  Signatures obtained via electronically transmitting a copy of this Term Sheet with an attached portable document file ("PDF") or electronically executed and thereafter sent by PDF shall be valid and enforceable as if signed by the that Party in person. |

[Signature page to follow]

[Signature page to Greyhound Financing Term Sheet]

**IN WITNESS WHEREOF,** the Parties hereto have executed this Term Sheet as of the date set forth above by their duly authorized representatives with full rights, power and authority to enter into and perform this Term Sheet.

**BRON CREATIVE USA, CORP.**

By: _____

Name: Jason Cloth
Its:     Director


**Hudson Private LP**


By: _____
Name: Chris Conover
Its: Managing Partner

# SCHEDULE A

# SPWA TERM SHEET

# SCHEDULE B

# SPWA PAYMENT INSTRUCTIONS