UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------x
                                                                         :

HUDSON PRIVATE LP and                        : Civ. Action No. 7:21-cv-08259-CS
HUDSON PRIVATE CORP.,                        :
                                                                         : proposed
                              Plaintiffs,         : **<u>JUDGMENT</u>**
                                                                               :
                                    v.                                                 :
                                                                           :
BRON STUDIOS USA, INC., BRON CREATIVE USA,   :
CORP., CREATIVE WEALTH MEDIA FINANCE         :
CORP., and JASON CLOTH,                               :
                                                                            :
                                Defendants.        :
-----------------------------------------------------------------------x

      This action having been commenced on October 6, 2021 by filing of the Summons and Complaint, and having filed the Amended Complaint on August 15, 2022, and defendants having filed a joint motion to dismiss on September 30, 2023, and defendant Bron Creative USA Corp. having filed a letter requesting a stay based upon bankruptcy petition on August 22, 2023, and defendant Bron Studios USA, Inc. having filed a letter requesting a stay based upon bankruptcy petition on August 24, 2023, and the Court having granted the requests to stay as to defendants Bron Creative USA, Corp. and Bron Studios USA, Inc., and having granted the partial motion to dismiss as to defendants Creative Wealth Media Finance Corp. and Jason Cloth and having terminate Jason Cloth as a defendant, and defendant Creative Wealth Media Finance Corp. having answered the Amended Complaint and filed the Counterclaims on September 14, 2023, and plaintiff having Answered the Counterclaims on November 4, 2023, and Creative Wealth Media Finance Corp.'s counsel having moved to withdraw as counsel for Creative Wealth Media Finance Corp. on December 13, 2023, and the Scheduling Conference having been held before Judge Cathy Seibel on December 20, 2023, and Court having granted such motion by Order dated December

20, 2023, and in the same Order the Court having provided Creative Wealth Media Finance Corp. with until January 19, 2024 to retain substitute counsel, and the time for doing so having expired, it is

ORDERED that Creative Wealth Media Finance Corp.'s Answer is hereby stricken with prejudice, and it is further

ORDERED, ADJUDGED AND DECREED: that plaintiff Hudson LP have judgment against Creative Wealth Media Finance Corp. in the amount of $18,171,116.30, and plaintiff Hudson Private Corp. have judgment against Creative Wealth Media Finance Corp. in the amount of $6,773,749.95, plus Plaintiffs' reasonable attorneys' fees and expenses incurred in connection with the collection and enforcement of the instruments at issue herein, which amounts to $154,046.23 amounting in all to $_____.

Dated: New York, New York

_____
Hon. Cathy Seibel,
United States District Court Judge