UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
                                                    :
HUDSON PRIVATE LP and                               : Civ. Action No. 7:21-cv-08259-CS
HUDSON PRIVATE CORP.,                               :
                                                    : **JUDGMENT**
                        Plaintiffs,                 :
                                                    :
          v.                                        :
                                                    :
BRON STUDIOS USA, INC., BRON CREATIVE USA,          :
CORP., CREATIVE WEALTH MEDIA FINANCE                :
CORP., and JASON CLOTH,                             :
                                                    :
                        Defendants.                 :
------------------------------------------------------------------------x

     This action having been commenced on October 6, 2021 by filing of the Summons and Complaint, and having filed the Amended Complaint on August 15, 2022, and Defendants having filed a joint motion to dismiss on September 30, 2022, and defendant Bron Creative USA Corp. having filed a letter requesting a stay based upon bankruptcy petition on August 22, 2023, and defendant Bron Studios USA, Inc. having filed a letter requesting a stay based upon bankruptcy petition on August 24, 2023, and the Court having granted the requests to stay as to defendants Bron Creative USA, Corp. and Bron Studios USA, Inc., and having granted the partial motion to dismiss as to defendants Creative Wealth Media Finance Corp. and Jason Cloth and having terminated Jason Cloth as a defendant on August 25, 2023, and defendant Creative Wealth Media Finance Corp. having answered the Amended Complaint and filed the Counterclaims on September 14, 2023, and plaintiff having Answered the Counterclaims on October 4, 2023, and Creative Wealth Media Finance Corp.'s counsel having moved to withdraw as counsel for Creative Wealth Media Finance Corp. on December 13, 2023, and the Scheduling Conference having been held before Judge Cathy Seibel on December 20, 2023, and Court having granted such motion by Order dated December 20 2023, and in the

1

same Order the Court having provided Creative Wealth Media Finance Corp. with until January 19, 2024 to retain substitute counsel, and the time for doing so having expired, it is

~~ORDERED that Creative Wealth Media Finance Corp.'s Answer is hereby stricken with prejudice, and it is~~ further

ORDERED, ADJUDGED AND DECREED: that plaintiff Hudson LP have judgment against Creative Wealth Media Finance Corp. in the amount of $18,585,115.60, and plaintiff Hudson Private Corp. have judgment against Creative Wealth Media Finance Corp. in the amount of $8,197,260.27, plus Plaintiffs' reasonable attorneys' fees and expenses incurred in connection with the collection and enforcement of the instruments at issue herein, (for which Creative Wealth Media Finance Co. is jointly r severally liable with any other Defendant found to be liable), which amounts to [$130,939.23] ~~$154,046.23~~ amounting in all to $ [26,913,315.10] ~~26,936,422.10~~.

Dated: March 20, 2024 (~~18~~)
White Plains, New York

Hon. Cathy Seibel,
United States District Court Judge

As the claims against Defendant Cloth have been dismissed, and the claims against Defendants Bron Studios USA, Inc. and Bron Creative USA Corp. are stayed pending bankruptcy, with this judgment against Creative Wealth Media Finance Corp. there are no further proceedings contemplated for the time being, and therefore the Clerk of Court shall close the case for ~~these~~ administrative purposes.

2